UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-21568 CIV-LENARD/GOODMAN

PHILIP BOOTH and JEAN BOOTH,

PLAINTIFFS,

vs.

AMERICAN AIRLINES GROUP, INC.,
f/k/a AMR CORPORATION,
AMERICAN SALES AND MANAGEMENT ORGANIZATION, LLC,
d/b/a EULEN AMERICAN,

DEFENDANTS.
_________________________________/

FILED BY ___ D.C.
MAY 06 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**MEDIATION DISPOSITION REPORT**

A Mediation conference was conducted on May 2, 2016. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

✓ All PLAINTIFFS and their respective trial counsel.
✓ All DEFENDANTS and/or their fully authorized claims representative, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_______________________________________________

_______________________________________________

✓ The case was completely settled. Counsel shall submit a stipulation for dismissal or other final disposition.

___ The parties reached an impasse as to all issues.

___ The parties settled the following issues:

(a) _______________________________

(b) _______________________________

The issues remaining to be adjudicated are:

(c) _______________________________

(d) ________________________________________

___ The case was set for trial on __________ and should be removed from the trial docket.

___ These proceedings have been adjourned and the mediation hearing shall be resumed on .

___ The scheduled mediation proceedings herein have been canceled as the parties have announced a settlement.

The Court is further advised the parties have agreed as follows:
________________________________________________________________________________

________________________________________________________________________________

CERTIFICATE OF SERVICE

I hereby certify that on 5/4/16 a copy of the above was sent via Electronic Mail to: **Richard M. Gomez, Esquire**, richardgomez@rgpalaw.com;; **Mitchell Kallet, Esquire**, mkallet@kernwooley.com; AThompson@kernwooley.com; **Stephanie I. R. Fidler, Esquire**, Stephanie.Fidler@usdoj.gov.

Respectfully submitted,

Al Capp

Alvin Capp, Mediator
Mediator # 237-R
Upchurch Watson White & Max
900 South Pine Island Rd., Suite 410
Plantation, FL 33324
Phone: 954-423-8856 Fax: 954-334-2838
acapp@uww-adr.com